UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

RICHARD CARTER, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

  - v. -

STAR GAS PARTNERS, L.P., IRIK P. SEVIN
and AMI TRAUBER,

        Defendants.

Case No. 04-CV-1766

Judge Janet B. Arterton

January 10, 2005

---

*(Additional captions on following pages)*

**MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF THE RS HOLDINGS GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL AND IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND SELECTION OF LEAD COUNSEL**

**ORAL ARGUMENT REQUESTED**

```
─────────────────────────────────x
AUGUST PROKOP, Individually and On Behalf  )
of All Others Similarly Situated,          )
                                           )   Case No. 04-CV-1785
                                           )
                   Plaintiff,              )   Judge Janet B. Arterton
                                           )
        - v. -                             )
                                           )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN     )
and AMI TRAUBER,                           )
                                           )
                   Defendants.             )
                                           )
─────────────────────────────────x
LILA GOLD, Individually and On Behalf of All  )
Others Similarly Situated,                    )
                                              )   Case No. 04-CV-1791
                                              )
                   Plaintiff,                 )   Judge Janet B. Arterton
                                              )
        - v. -                                )
                                              )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN        )
and AMI TRAUBER,                              )
                                              )
                   Defendants.                )
                                              )
─────────────────────────────────x
ROBERT SEIGLE, Individually and On Behalf of  )
All Others Similarly Situated,                )
                                              )   Case No. 04-CV-1803
                                              )
                   Plaintiff,                 )   Judge Janet B. Arterton
                                              )
        - v. -                                )
                                              )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN        )
and AMI TRAUBER,                              )
                                              )
                   Defendants.                )
                                              )
─────────────────────────────────x
```

```
_____x
MARTIN WEISS, Individually and On Behalf of  )
All Others Similarly Situated,               )
                                             )   Case No. 04-CV-1807
                                             )
             Plaintiff,                      )   Judge Janet B. Arterton
                                             )
     - v. -                                  )
                                             )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN       )
and AMI TRAUBER,                             )
                                             )
             Defendants.                     )
                                             )
_____x
GRATN STRUNK, Individually and On Behalf of  )
All Others Similarly Situated,               )
                                             )   Case No. 04-CV-1815
                                             )
             Plaintiff,                      )   Judge Janet B. Arterton
                                             )
     - v. -                                  )
                                             )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN       )
and AMI TRAUBER,                             )
                                             )
             Defendants.                     )
                                             )
_____x
RICHARD FEIT, Individually and On Behalf of  )
All Others Similarly Situated,               )
                                             )   Case No. 04-CV-1832
                                             )
             Plaintiff,                      )   Judge Janet B. Arterton
                                             )
     - v. -                                  )
                                             )
STAR GAS PARTNERS, L.P., STAR GAS,           )
LLC., IRIK P. SEVIN and AMI TRAUBER,         )
                                             )
             Defendants.                     )
                                             )
_____x
```

```
───────────────────────────────────────x
JAMES WHITE, Individually and On Behalf of   )
All Others Similarly Situated,               )
                                             )   Case No. 04-CV-1837
                    Plaintiff,               )
        - v. -                               )   Judge Janet B. Arterton
                                             )
STAR GAS PARTNERS, L.P., STAR GAS            )
PROPANE, LP., STAR GAS LLC, PETRO            )
HOLDINGS, INC., STAR GAS FINANCE             )
COMPANY, IRIK P. SEVIN, AMI TRAUBER,         )
JOSEPH CAVANAUGH, RICHARD AMBURY,            )
JAMES BOTTIGLIERI,                           )
                                             )
                    Defendants.              )
                                             )
───────────────────────────────────────x
LOUIS JAGERMAN, Individually and On Behalf   )
of All Others Similarly Situated,            )
                                             )   Case No. 04-CV-1855
                                             )
                    Plaintiff,               )   Judge Janet B. Arterton
                                             )
        - v. -                               )
                                             )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN       )
and AMI TRAUBER,                             )
                                             )
                    Defendants.              )
                                             )
───────────────────────────────────────x
MARTIN WOOD, Individually and On Behalf of   )
All Others Similarly Situated,               )
                                             )   Case No. 04-CV-1856
                                             )
                    Plaintiff,               )   Judge Janet B. Arterton
                                             )
        - v. -                               )
                                             )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN       )
and AMI TRAUBER,                             )
                                             )
                    Defendants.              )
                                             )
───────────────────────────────────────x
```

```
―――――――――――――――――――――――x
HARRIETTE & CHARLES TABAS      )
FOUNDATION, Individually and On Behalf of )
All Others Similarly Situated, )   Case No. 04-CV-1857
                               )
                               )   Judge Janet B. Arterton
            Plaintiff,         )
                               )
     - v. -                    )
                               )
STAR GAS PARTNERS, L.P., STAR GAS, )
LLC., IRIK P. SEVIN and AMI TRAUBER, )
                               )
            Defendants.        )
                               )
―――――――――――――――――――――――x
DENNIS MCCOLE, MICHAEL FREEDMAN, )
BRIAN BLOCK and SARA SPINNER,  )
Individually and On Behalf of All Others )   Case No. 04-CV-1859
Similarly Situated,            )
                               )   Judge Janet B. Arterton
                               )
            Plaintiff,         )
                               )
     - v. -                    )
                               )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN )
and AMI TRAUBER,               )
                               )
            Defendants.        )
                               )
―――――――――――――――――――――――x
JACK YOPP, Individually and On Behalf of All )
Others Similarly Situated,     )
                               )   Case No. 04-CV-1865
                               )
            Plaintiff,         )   Judge Janet B. Arterton
     - v. -                    )
                               )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN )
and AMI TRAUBER,               )
                               )
            Defendants.        )
                               )
―――――――――――――――――――――――x
```

```
─────────────────────────────x
JAY LEDERMAN, Individually and On Behalf of )
All Others Similarly Situated,              )
                                            )  Case No. 04-CV-1873
                                            )  Judge Janet B. Arterton
            Plaintiff,                      )
                                            )
    - v. -                                  )
                                            )
STAR GAS PARTNERS, L.P.,STAR GAS,           )
LLC., IRIK P. SEVIN and AMI TRAUBER,        )
                                            )
            Defendants.                     )
                                            )
─────────────────────────────x
MITCHELL KISER, Individually and On Behalf  )
of All Others Similarly Situated,           )
                                            )  Case No. 04-CV-1884
                                            )
            Plaintiff,                      )  Judge Janet B. Arterton
                                            )
    - v. -                                  )
                                            )
STAR GAS PARTNERS, L.P., IRIK P. SEVIN      )
and AMI TRAUBER,                            )
                                            )
            Defendants.                     )
                                            )
─────────────────────────────x
SHARON DINKES, Individually and On Behalf   )
of All Others Similarly Situated,           )
                                            )  Case No. 04-CV-1979
                                            )
            Plaintiff,                      )  Judge Janet B. Arterton
                                            )
    - v. -                                  )
                                            )
STAR GAS PARTNERS, L.P., STAR GAS LLC,      )
IRIK P. SEVIN and AMI TRAUBER,              )
                                            )
            Defendants.                     )
                                            )
─────────────────────────────x
```

| | |
|---|---|
| LEE A. GOULD, As Custodian For GEOGREY D. GOULD, Under The Illinois Transfers To Minor Act, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, |
| - v. - |
| STAR GAS PARTNERS, L.P., IRIK P. SEVIN and AMI TRAUBER, |
| Defendants. |

Case No. 04-CV-2133

Judge Janet C. Hall

## PRELIMINARY STATEMENT

Before the Court are eleven competing motions for appointment as lead plaintiff and approval of selection of lead counsel in the above-captioned[1] and related securities class actions. Robino Stortini Holdings, LLC ("RS Holdings"), John E. Wertin, and Harold D. Dumm (referred to collectively as "RS Holdings Group"), respectfully submit this memorandum of law in opposition to all competing motions.[2]

The RS Holdings Group suffered losses of $1,796,978 as a result of the securities law violations alleged in the above-captioned actions – *a loss approximately $889,000 higher than that claimed by any other movant.* Therefore, the RS Holdings Group is *presumptively* entitled to appointment as lead plaintiff under the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (the "PSLRA"). The movants' claimed losses are as follows:

| Movant: | PSLRA Losses: |
|---|---|
| **The RS Holdings Group** | **$1,796,978.00** |
| Star Gas Group | $905,000.00 |
| Bell Group | $719,000.00 |
| Lando Group | $592,179.25 |
| The James C. Rosner Revocable Trust | $590,000.00 |
| The Voisins | $476,903.46 |
| Norman Dombrowsky, Benjamin Rogers, Roman Sarwas | $254,384.00 |

---

[1] The above-captioned case, *Gould v. Star Gas Partners LP, et al.*, 3:04-cv-02133 (JCH), filed on December 17, 2004, was not included in the captions of the original moving papers of the RS Holdings Group but is related and should be consolidated herein.

[2] The motions are also for consolidation of the cases. However, as all movants agree that consolidation is appropriate, the issue is not addressed herein.

| Movant: | PSLRA Losses: |
|---|---|
| Vandiver Group | $245,313.00 |
| Star Gas Investor Group | $ 254,976.76 |
| The Franklin Family | $203,013.00 |
| James White | $58,036.00 |

The RS Holdings Group's loss of $1,796,978 is almost double that of the loss claimed by the next largest movant, giving RS Holdings Group a strong incentive to prosecute the claims in this case vigorously. Moreover, the RS Holdings Group consists of an institutional investor[3] and two individual investors, a combination courts have found advantageous since the passage of the PSLRA. In fact, to the best of the RS Holdings Group's knowledge, it is the only proposed lead-plaintiff group that include an institutional investor as one of its members.

For these reasons, this Court should deny all other motions and grant RS Holdings Group's motion to be appointed lead plaintiff and approve its selection of Goodkind Labaton Rudoff & Sucharow LLP ("Goodkind Labaton") and Schiffrin & Barroway LLP ("Schiffrin & Barroway") as Co-Lead Counsel for the Class and Shepherd, Finkelman, Miller & Shah LLC ("Shepherd Finkelman") as Liaison Counsel for the Class.

---

[3] The PSLRA was intended "to increase the likelihood that institutional investors will serve as lead plaintiffs" because, among other reasons, institutional investors and other class members with large amounts at stake "will represent the interests of the plaintiff class more effectively than class members with small amounts at stake," H. R. Rep. No. 104 369, 104th Cong. 1st Sess. at 34 (1995).

# ARGUMENT

## A. The RS Holdings Group is the Presumptive Lead Plaintiff in this Case

### 1. The RS Holdings Group Has the Largest Financial Interest

As referenced in the moving papers of the RS Holdings Group, the PSLRA governs this Court's selection of lead plaintiff in this matter. 15 U.S.C. 78u-4(a)(1). Under the PSLRA, the Court must first determine which lead plaintiff movant has the "largest financial interest" in the relief sought by the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). The movant which has the "largest financial interest" that otherwise satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23 ("Rule 23") is entitled to a presumption of lead plaintiff status. *Id.* As the Ninth Circuit stated in a leading opinion:

> [T]he Reform Act provides in categorical terms that the *only* basis on which a court may compare plaintiffs competing to serve as lead is the size of their financial stake in the controversy. Once it determines which plaintiff has the biggest stake, the court must appoint that plaintiff as lead, unless it finds that he does not satisfy the typicality or adequacy requirements. . . . *[A] straightforward application of the statutory scheme, as outlined above, provides no occasion for comparing plaintiffs with each other on any basis other than their financial stake in the case.* Once that comparison is made and the court identifies the plaintiff with the largest stake in the litigation, further inquiry must focus on that plaintiff alone and be limited to determining whether he satisfies the other statutory requirements.

*In re Cavanaugh,* 306 F.3d 726, 732 (9th Cir. 2002) (some emphasis added); *see also In re Warnaco Group, Inc. Sec. Litig.,* No. 00 Civ. 6266 (LMM), 2004 WL 1574690, at *1 (S.D.N.Y. July 13, 2004) ("The 'most capable' plaintiff—and hence the lead plaintiff—is the one who has the greatest financial stake in the outcome of the case, so long as he meets the requirements of Rule 23."). Here, as the above chart and the movants' certifications and loss analyses demonstrate, the RS Holdings Group suffered, *by far*, the largest loss in Star Gas securities during the relevant period of any competing movant. The RS Holdings Group's losses are almost double that of the next largest movant. In fact, even when looking at the movants as

individuals, RS Holdings Group members RS Holdings and John Wertin each suffered larger individual losses than any other individual movant in this case – approximately $750,000 and $806,000, respectively, during the class period. *See Serafimov v. Netopia, Inc.*, No. C-04-03364 2004 U.S. Dist. LEXIS 25184, at *11, n.4 (N.D. Cal. Dec. 3, 2004) (appointing group with largest financial interest, in part, because the group included the plaintiff with the single largest financial interest).

Because the "*only* basis on which a court may compare plaintiffs competing to serve as lead is the size of their financial stake in the controversy," this Court should focus *solely* on the RS Holdings Group's application, the movant with the largest financial interest in the outcome of this litigation, and should not even consider the applications made by the other movants. *Cavanaugh*, 306 F.3d at 732 (emphasis in original). The RS Holdings Group is entitled to the presumption afforded by the PSLRA.

### 2. The RS Holdings Group Meets the Rule 23 Requirements

"Once the court identifies the plaintiff with the largest stake in the litigation, further inquiry must focus on that plaintiff alone and be limited to determining whether he satisfies the other statutory requirements." *Sofran v. LaBranche & Co.*, 220 F.R.D. 398, 402 (S.D.N.Y. 2004) (citation omitted). The district court's belief that "another plaintiff may be 'more typical' or 'more adequate' is of no consequence." *Id.* So long as the plaintiff with the largest loss satisfies the typicality and adequacy requirements, he is entitled to lead plaintiff status, even if the district court is convinced that some other plaintiff would do a better job." *Id.*

Furthermore, in determining whether the RS Holdings Group, as the movant with the largest financial interest, meets Rule 23's typicality and adequacy requirements, "a wide ranging analysis under Rule 23 is not appropriate . . . and should be left for consideration of a motion for class certification." *Lax v. First Merchants Acceptance Corp.*, No. 97 C 2715, 1997 WL 461036,

4

at *6 (N.D. Ill. Aug. 11, 1997); *Linn,* 2004 WL 2813133, at *4 (citation omitted) (Rather "[t]he Rule 23 inquiry under [the PSLRA] is less stringent than the inquiry the rule otherwise requires [and] [a]t this stage in the litigation, one need only make a 'preliminary showing' that the Rule's typicality and adequacy requirements have been satisfied.").

As discussed in its opening memorandum, the RS Holdings Group satisfies the typicality requirement because it: (1) purchased Star Gas securities during the Class Period; (2) paid prices for those securities that, because of the false and misleading statements alleged in the complaint, were artificially inflated; and (3) suffered damages thereby. *See Robidoux v. Celani,* 987 F. 2d 931, 936-37 (2d Cir. 1993). It satisfies the adequacy requirement because (1) its claims are not antagonistic with those of the class; (2) it has sufficient interest in the outcome of the case to ensure zealous advocacy; and (3) it is represented by competent, experienced counsel who will be able to prosecute the litigation vigorously. *In re Drexel Burnham Group, Inc.,* 960 F. 2d 285, 294 (2d Cir. 1992). Additionally, the RS Holdings Group is a small, cohesive group comprised of an institutional investor as well as individual investors – a lead-plaintiff combination courts have found advantageous. *See, e.g., Yousefi v. Lockheed Martin Corp.,* 70 F. Supp. 2d 1061, 1071 (C.D.Cal. 1999) (*"*with the appointment of one lead plaintiff who is an individual private investor and one lead plaintiff that is an institutional investor, the lead plaintiffs will represent a broader range of shareholder interests than if the Court appointed an individual or an institutional investor alone"*); In re Catalina Mktg. Corp. Sec. Litig.,* no. 8:03CV1582T27TBM, 2003 WL 23955684, at *2 (M.D. Fla. Dec. 5, 2003) (appointing lead plaintiff group comprised of an institution and individual).[4]

---

[4] It is worth noting that there is no question that the RS Holdings Group is a proper group under the PSLRA. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I) ("the court shall adopt a presumption that the most adequate plaintiff...is the person or *group* of persons that...has the largest financial interest...")

*(continued ... )*

Therefore, because the RS Holdings Group has the largest financial interest and is otherwise typical and adequate at this preliminary stage, it should be appointed lead plaintiff.

**B.     The Court Should Approve the RS Holdings Group's Choice of Counsel**

The RS Holdings Group also seeks the Court's approval of their choice of Goodkind Labaton and Schiffrin & Barroway as Co-Lead Counsel for the Class, and Shepherd Finkelman as Liaison Counsel for the Class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(v). As RS Holdings Group's moving papers demonstrate, each of these firms are preeminent class action law firms that have skill and experience in the successful prosecution of securities class actions like this case. Accordingly, the Court should approve the RS Holdings Group's selection of Goodkind Labaton and Schiffrin & Barroway as Co-Lead Counsel for the Class and Shepherd Finkelman as Liaison Counsel for the Class.

## Conclusion

For the foregoing reasons, Movant respectfully requests that this Court (i) consolidate all related actions; (ii) appoint the RS Holdings Group as lead plaintiff in the consolidated action; (iii) approve RS Holdings Group's selection of Goodkind Labaton and Schiffrin & Barroway as

---

*( ... continued)*
(emphasis added). Acknowledging the explicit intention of Congress, a majority of courts, including this Court, have appointed as lead plaintiffs small, cohesive groups of unrelated plaintiffs. *See, e.g., Murdock v. Crompton Corp.*, No. 3:03-CV-1293 (Burns, J.) (D. Conn. Mar. 19, 2004) (attached hereto as Exhibit A); *In re American Bus. Fin. Servs. Sec. Litig.*, No. 04-0265, 2004 U.S. Dist. LEXIS 10200 (E.D. Pa. June 3, 2004) (appointing unrelated group of two individuals over institution); *Sofran* 220 F.R.D. at *404 (group of five unrelated investors as lead plaintiffs); *Schulman v. Lumenis, Ltd.*, No. 02 Civ. 1989 (DAB), *et al.*, 2003 U.S. Dist. LEXIS 10348, A5 at *18 (S.D.N.Y. June 18, 2003) (group of three unrelated investors as lead plaintiffs); *Holley v. Kitty Hawk, Inc.*, 200 F.R.D. 275, 282 (N.D. Tex. 2001) (finding that group of four lead plaintiffs was appropriate and not unwieldy); *In re Baan Co. Sec. Litig.*, 186 F.R.D. 214, 216-17 (D.D.C. 1999) (crediting SEC's belief that group of no more than five unrelated members are appropriate under PSLRA); *See also Schnall v. Annuity and Life Re (Holdings), Ltd.*, No.3:02-CV-2133 (GLG) (D. Conn. April 3, 2003) (where the court appointed two unrelated investors as lead plaintiffs); *In re Priceline.com, Inc. Sec. Litig.* No. 3:00-CV-1884 (DJS) (D. Conn. Sept. 12, 2001) (appointing four individuals and two institutions as lead plaintiffs).

Co-Lead Counsel for the Class and Shepherd Finkelman as Liaison Counsel for the Class; and

(iv) deny all other lead-plaintiff motions.

Dated: January 10, 2005

Respectfully submitted,

**SHEPHERD FINKELMAN MILLER & SHAH, LLC**

By: /s/ James E. Miller

James E. Miller (CT-21560)
Patrick A. Klingman (CT-17813)
65 Main Street
Chester, CT 06412
Tel.: (860) 526-1100
Fax: (860) 526-1120

*Proposed Liaison Counsel for the Class*

**GOODKIND LABATON RUDOFF & SUCHAROW LLP**
Jonathan M. Plasse
Christopher J. Keller
Shelley Thompson
100 Park Avenue
New York, New York 10017
Tel: (212) 907-0700
Fax: (212) 818-0477

**SCHIFFRIN & BARROWAY, LLP**
Stuart L. Berman
Darren J. Check
Sean M. Handler
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel For Movant And Proposed Co-Lead Counsel For The Class*

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Mar 18  15 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| THOMAS MURDOCK, III, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff<br><br>v.<br><br>CROMPTON CORPORATION, VINCENT A. CALARCO, and PETER BARNA,<br>Defendants | 3:03-CV-1293 (HBB) |
| LAWRENCE CONNORS, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff<br><br>v.<br><br>CROMPTON CORPORATION, VINCENT A. CALARCO, and PETER BARNA,<br>Defendants | Consolidated |
| RICHARD MARCOUX, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff<br><br>v.<br><br>CROMPTON CORPORATION, formerly known as CK WITCO CORP., formerly known as CROMPTON & KNOWLES CORP., JAMES A BITONI, VINCENT A. CALARCO, ROBERT A. FOX, ROGER L. HEADRICK, LEO I. HIGDON, JR., C.A. PICCOLO PATRICIA K. WOOLF, and E. GARY COOK,<br>Defendants | Consolidated |

ORDER

The Motion of Pierre Brull and William Ashe to be appointed lead plaintiffs and for approval of lead plaintiffs' selection of

lead counsel and liaison counsel [Doc. No. 3] is hereby GRANTED, any opposition thereto having been withdrawn.

SO ORDERED

*[signature]*

ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 18th day of March, 2004.