**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Carter | : | |
| v. | : | No. 3:04cv1766(JBA) |
| Star Gas | : | |
| | | |
| Prokop | : | |
| v. | : | No. 3:04cv1785(JBA) |
| Star Gas | : | |
| | | |
| Gold | : | |
| v. | : | No. 3:04cv1791(JBA) |
| Star Gas | : | |
| | | |
| Seigle | : | |
| v. | : | No. 3:04cv1803(JBA) |
| Star Gas | : | |
| | | |
| Strunk | : | |
| v. | : | No. 3:04cv1815(JBA) |
| Star Gas | : | |
| | | |
| Feit | : | |
| v. | : | No. 3:04cv1832(JBA) |
| Star Gas | : | |
| | | |
| White | : | |
| v. | : | No. 3:04cv1837(JBA) |
| Star Gas | : | |
| | | |
| Jagerman | : | |
| v. | : | No. 3:04cv1855(JBA) |
| Star Gas | : | |
| | | |
| Wood | : | |
| v. | : | No. 3:04cv1856(JBA) |
| Star Gas | : | |
| | | |
| Harriette and Charles | : | |
| Tabas Foundation | : | No. 3:04cv1857(JBA) |
| v. | : | |
| Star Gas | : | |
| | | |
| McCole | : | |
| v. | : | No. 3:04cv1859(JBA) |
| Star Gas | : | |

```
Yopp                        :
v.                          :      No. 3:04cv1865(JBA)
Star Gas                    :

Lederman                    :
v.                          :      No. 3:04cv1873(JBA)
Star Gas                    :

Kiser                       :
v.                          :      No. 3:04cv1884(JBA)
Star Gas                    :

Dinkes                      :
v.                          :      No. 3:04cv1979(JBA)
Star Gas                    :

Gould                       :
v.                          :      No. 3:04cv2133(JBA)
Star Gas                    :
```

## ORDER OF CONSOLIDATION

In the interest of judicial economy, and in the absence of opposition, all motions for consolidation in the above-cases are granted, and the cases will be consolidated for all purposes.

The case caption shall read: **In re Star Gas Securities Litigation, Docket Number 3:04cv1766(JBA).** Pleadings or documents filed under any other case caption will be refused at the Clerk's Office and returned to you unfiled. See D. Conn. L. Civ. R. 3(a)(1).

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: February 23, 2005**