UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: CIVIL ACTION NO.
In re STAR GAS SECURITIES LITIGATION : 3:04-CV-01766 (JBA)
:
: APRIL 3, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR A MANDATORY RULE 11 INQUIRY**
**AND MANDATORY FEE SHIFTING**

  Defendants Star Gas Partners L.P., Star Gas LLC, Irik P. Sevin, Audrey L. Sevin and Ami Trauber (collectively, the "Star Gas Defendants"), hereby move, pursuant to section 21D(c) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, that the Court conduct a Rule 11 review of the amended complaint dismissed by the Court and award the Star Gas Defendants mandatory fee shifting as contemplated by the PSLRA consisting of reasonable attorneys' fees and expenses incurred by defendants in: (i) moving to dismiss the amended complaint; (ii) opposing plaintiffs' motion to modify the judgment of dismissal and file a second amended complaint; and, (iii) bringing this motion, on the grounds set forth in detail in the accompanying memorandum of law.

  Pursuant to Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Star Gas Defendants are filing herewith their memorandum of law in support of this motion.

1

71390324.1

Respectfully submitted,

STAR GAS PARTNERS L.P. STAR GAS LLC, IRIK P. SEVIN, AUDREY SEVIN and AMI TRAUBER


  /s/ Thomas D. Goldberg
James F. Stapleton (ct04267)
Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7594
(203) 977-7301 (fax)

Jonathan J. Lerner (ct10605)
Maura B. Grinalds (phv0521)
Shannon Lazzarini, Esq.
Skadden, Arps, Slate,
   Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Terence J. Gallagher
Terence J. Gallagher
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
Phone: (203) 977-7300
Fax:   (203) 977-7301