UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------- x
:
In re STAR GAS SECURITIES LITIGATION  :   3:04-CV-01766 (JBA)
:
:   October 16, 2009
:
------------------------------------- x

# MOTION FOR A MANDATORY RULE 11 INQUIRY
# AND MANDATORY FEE SHIFTING

Defendants Star Gas Partners L.P., Star Gas LLC, Irik P. Sevin, Audrey L. Sevin and Ami Trauber (collectively, the "Star Gas Defendants"), hereby move, pursuant to section 21D(c) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 and this Court's Order of May 18, 2009, that the Court conduct a Rule 11 review of the amended complaint dismissed by the Court and award the Star Gas Defendants mandatory fee shifting as contemplated by the PSLRA consisting of reasonable attorneys' fees and expenses incurred by defendants in: (i) moving to dismiss the amended complaint; (ii) opposing plaintiffs' motion to modify the judgment of dismissal and file a second amended complaint; and, (iii) bringing this motion, on the grounds set forth in detail in the accompanying memorandum of law.

Defendants previously filed a motion for a mandatory Rule 11 inquiry and mandatory fee shifting (the "Motion") on April 3, 2007. On May 18, 2009, the Star Gas Defendants consented to the entry of an order denying the Motion without prejudice to refiling "following the

**ORAL ARGUMENT REQUESTED**

71517769.2

conclusion of appellate proceedings at the Second Circuit." On August 20, 2009, the Second Circuit Court of Appeals issued a Summary Order affirming both this Court's August 21, 2006 order dismissing the above-referenced federal securities class action [Doc. #216] and its March 23, 2007 Order denying Plaintiffs' Motion to Modify the Judgment to Grant Leave to Amend the Complaint and Other Relief [Doc. #218]. Accordingly, the Star Gas Defendants hereby are refiling the Motion. Submitted herewith as Exhibits A, B and C, respectively, are copies of the Memorandum of Law, Reply Memorandum and the Affidavit of Jonathan J. Lerner that the Star Gas Defendants submitted in support of the original Motion.

|  | Respectfully submitted, |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | Day Pitney LLP |
| Jonathan J. Lerner (ct10605)<br>Maura B. Grinalds (phv0521)<br>Four Times Square<br>New York, New York 10036<br>Phone: (212) 735-3000<br>Fax: (212) 735-2000 | Thomas D. Goldberg (ct04386)<br><br>By: /s/ Thomas D. Goldberg<br>One Canterbury Green<br>Stamford, CT 06901<br>Phone: (203) 977-7300<br>Fax: (203) 977-7301 |

*Attorneys for Defendants Star Gas Partners L.P., Star Gas LLC, Irik P. Sevin, Audrey L. Sevin and Ami Trauber*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Clifford E. Nichols III

71517769.2