**IN THE UNITED DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| _____ | ) | |
| In re STAR GAS SECURITIES LITIGATION | ) | No. 3:04-CV-1766 (JBA) |
| | ) | |
| | ) | October 9, 2010 |
| _____ | ) | |

**CONSENT MOTION FOR ENTRY OF STIPULATION AND [PROPOSED] ORDER**

Defendants Star Gas Partners L.P., Star Gas LLC, Irik P. Sevin, Audrey L. Sevin and Amy Trauber ("Defendants"), through their counsel, hereby move, with the consent of Lead Counsel for Lead Plaintiffs RS Holdings LLC, John E. Wertin and James Rosner ("Plaintiffs"), to enter the Stipulation and [Proposed] Order, attached hereto as Exhibit A, amending the schedule for submissions required by the Court's Ruling on Motion for Rule 11 Sanctions ("the Ruling"), dated September 30, 2010.

This is the parties' first request to extend the deadlines set forth in the Court's Ruling. Pursuant to Local Civil Rule 7(b), good cause exists for the requested extensions of time.

Respectfully submitted,

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | Day Pitney LLP |
| | |
| Jonathan J. Lerner (ct10605) | Thomas D. Goldberg (ct04386) |
| Maura B. Grinalds (ct27699) | |
| Victoria S. Shin (ct26806) | |
| | One Canterbury Green |
| By:  /s/  Maura Barry Grinalds | Stamford, CT 06901 |
| Four Times Square | Phone: (203) 977-7300 |
| New York, New York 10036 | Fax: (203) 977-7301 |
| Phone: (212) 735-3000 | |
| Fax: (212) 735-2000 | |

_Attorneys for Defendants Star Gas Partners L.P., Star Gas LLC, Irik P. Sevin, Audrey L. Sevin and Ami Trauber_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/  Maura Barry Grinalds
Maura Barry Grinalds (ct27699)