**IN THE UNITED DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED
2010 DEC 17 P 3: 33

|  |  |
|---|---|
| In re STAR GAS SECURITIES LITIGATION ) | No. 3:04-CV-1766 (JBA) |
| ) | NEW HAVEN, CT |
| ) | December 16, 2010 |
| ) | |

## STIPULATION AND ORDER

WHEREAS, on September 30, 2010, the Court issued its Ruling on Motion for Rule 11 Sanctions ("Ruling") granting Defendants' Rule 11 Motion and ordering: (a) Defendants to submit their fee petition and claim of who should be held jointly and severally liable ("Fee Petition") by October 15, 2010; (b) Plaintiffs to file their response to the Fee Petition, along with any claim to reduction under the unreasonable burden exception ("Response") by November 30, 2010; and (c) Defendants to file a reply by December 21, 2010;

WHEREAS, on October 9, 2010, Defendants moved, with the consent of Lead Counsel for Lead Plaintiffs for entry of a proposed stipulation and order that requested an amended schedule for the submissions ordered by the Court in its Ruling;

WHEREAS, on October 13, 2010, the Court so-ordered the Parties' October 9, 2010 stipulation, extending the deadlines for the submissions on Defendants' Fee Petition and ordering: (a) Defendants to submit their Fee Petition by November 5, 2010; (b) Plaintiffs to file their Response by December 21, 2010; and (c) Defendants to file a reply by January 18, 2011;

WHEREAS, the Parties conferred and agreed to conduct a mediation on November 22, 2010, before United States District Court Judge (Ret.) Nicholas Politan, to attempt to reach a resolution of the issues addressed in the Court's Ruling;

WHEREAS, on October 31, 2010, Defendants moved, with the consent of Lead Counsel for Lead Plaintiffs for entry of a proposed stipulation and order that requested a further amended schedule for the submissions ordered by the Court in its Ruling;

WHEREAS, on November 1, 2010, the Court so-ordered the Parties' October 31, 2010 stipulation, extending the deadlines for the submissions on Defendants' Fee Petition and ordering: (a) Defendants to submit their Fee Petition by December 6, 2010; (b) Plaintiffs to file their Response by January 20, 2011; and (c) Defendants to file a reply by February 17, 2011;

WHEREAS, on November 22, 2010 the Parties participated in the mediation, presided over by Hon. (Ret.) Nicholas Politan;

WHEREAS, the Parties reached an agreement in principle but needed additional time to resolve certain related issues;

WHEREAS, on December 1, 2010, Defendants moved, with the consent of Lead Counsel for Lead Plaintiffs for entry of a proposed stipulation and order that requested a further amended schedule for the submissions ordered by the Court in its Ruling;

WHEREAS, on December 3, 2010, the Court so-ordered the Parties' December 1, 2010 stipulation, extending the deadlines for the submissions on Defendants' Fee Petition and ordering: (a) Defendants to submit their Fee Petition by December 16, 2010; (b) Plaintiffs to file their Response by January 31, 2011; and (c) Defendants to file a reply by March 2, 2011;

WHEREAS, the Parties have further conferred and agreed that an extension of the deadlines for the submissions ordered by the Court is appropriate to allow the Parties the time necessary to reach and document the imminent resolution of this matter;

THEREFORE, the Parties by and through their counsel of record, stipulate as follows, subject to the Court's approval:

The Parties respectfully propose the following modified deadlines for the submissions ordered by the Court: (a) Defendants shall submit their Fee Petition by December 22, 2010; (b) Plaintiffs shall file their Response by February 7, 2011; and (c) Defendants shall file a reply by March 9, 2011.

        SKADDEN, ARPS, SLATE, MEAGHER,
           & FLOM LLP
        Jonathan J. Lerner (ct10605)
        Maura B. Grinalds (ct27699)
        Diana R. Rubin

        By: /s/ Maura Barry Grinalds
        Four Times Square
        New York, New York 10036
        Phone: (212) 735-3000
        Fax: (212) 735-2000

        DAY PITNEY LLP
        Thomas D. Goldberg (ct04386)
        One Canterbury Green
        Stamford, CT 06901
        Phone: (203) 977-7300
        Fax: (203) 977-7301

        *Attorneys for Defendants Star Gas Partners L.P., Star Gas LLP, Irik P. Sevin, Audrey L. Sevin and Ami Trauber*

SHEPHERD, FINKELMAN, MILLER
   & SHAH, LLP

By: /s/ Patrick A. Klingman
      James E. Miller (ct21560)
      Patrick A. Klingman (ct17813)
      Shepherd, Finkelman, Miller & Shah, LLP
      65 Main Street
      Chester, Connecticut 06412
      Tel: (860) 526-1100
      Fax: (860) 526-1120

Joel H. Bernstein
Mark S. Arisohn
Ethan D. Wohl
LABATON SUCHAROW
    & RUDOFF LLP
100 Park Avenue
New York, New York 10017
Tel: (212) 907-0700
Fax: (212) 818-0477


Gregory M. Castaldo
Christopher Nelson
SCHIFFRIN BARROWAY
    TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 822-2238
Fax: (610) 667-7056

*Counsel for Lead Plaintiffs*


IT IS SO ORDERED. *No further extensions will be granted without good cause shown currently the basis of requested extensions to the date.*

DATED: 12/17/10

[ /s/ Janet Bond Arterton, U.S.D.J. ]
United States District Judge